# Third District Court of Appeal

## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2181
Lower Tribunal No. F06-34231B
_____

**Augustin Fleurimond,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Clayton R. Kaeiser, P.A., and Clayton R. Kaeiser, for appellant.

Ashley Moody, Attorney General and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Miller v. State</u>, 435 So. 2d 258, 262 (Fla. 3d DCA 1983); <u>Desue v. State</u>, 917 So. 2d 223 (Fla. 1st DCA 2005); <u>see also</u> <u>Coughlin v. State</u>, 932 So. 2d 1224, 1226 (Fla. 2d DCA 2006) ("[A] traditional double jeopardy challenge attacks both the conviction and, by default, the sentence, while rule 3.800(a) is limited to claims that a sentence itself is illegal, without regard to the underlying conviction.").